**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>WOLF, MICHAEL G<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08B-14147 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  DuPage County Courthouse
         505 N. County Farm Road, Courtroom 4016
         Wheaton, Illinois 60187

    on: **May 1, 2009**
    at: **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                              $           10,003.78

    b. Disbursements                         $              467.92

    c. Net Cash Available for Distribution   $            9,535.86

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Fees) | 0.00 | $1,750.38 | |

| | | |
|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $69.69 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $2,077.50 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,346.84 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 008 | INTERNAL REVENUE SERVICE | $ 3,346.84 | $ 3,346.84 |

7. Claims of general unsecured creditors totaling $88,488.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.59%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | STACY WOLF | $ 5,000.00 | $ 129.48 |
| 002 | CHASE BANK USA | $ 8,792.05 | $ 227.67 |
| 003 | AMERICAN EXPRESS CENTURION BANK | $ 17,739.03 | $ 459.36 |
| 004 | CAPITAL RECOVERY II | $ 3,601.09 | $ 93.25 |
| 005 | RECOVERY MGMT SYSTEMS CORP FOR CAPITAL RECOVERY II | $ 8,270.72 | $ 214.17 |
| 006 | LVNV FUNDING LLC | $ 31,309.31 | $ 810.77 |
| 007 | TAMELING & ASSOCIATES PC | $ 13,776.54 | $ 356.75 |
| 008 | INTERNAL REVENUE SERVICE | $ 34.04 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web

site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, checking account, prints and Scott Trade shares.

Dated: **April 1, 2009**　　　　　　　　　For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: DAVID GROCHOCINSKI, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

IN RE:  
WOLF, MICHAEL G

CHAPTER 7 CASE

CASE NO. 08B-14147 JS

JUDGE JOHN SQUIRES

Debtor(s)

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $ 1,750.38 |
| 2. | Trustee's expenses | $ 0.00 |
| | TOTAL | $ 1,750.38 |
| 3. | Chapter 11 Trustee's compensation | $ 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ 0.00 |
| | TOTAL | $ 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation                                   $ 2,077.50
   b. Expenses                                       $ 69.69
   c. Chapter 11 Compensation                        $ 0.00
   d. Chapter 11 Expenses                            $ 0.00

2. Accountant for the Trustee
   a. Compensation                                   $ 0.00
   b. Expenses                                       $ 0.00
   c. Chapter 11 compensation                        $ 0.00
   d. Chapter 11 Expenses                            $ 0.00

3.   Other Professionals

                       TOTAL    $   2,147.19

  IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____ , 200 __ .

           ENTERED _____
           JOHN SQUIRES
           UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2                   Date Rcvd: Apr 01, 2009
Case: 08-14147                Form ID: pdf002              Total Served: 34

The following entities were served by first class mail on Apr 03, 2009.
db           +Michael G. Wolf,    1005 Gamon Road,    Wheaton, IL 60189-6445
aty          +Janet L Watson,    Law Offices of Janet L Watson,    330 South Naperville Road,   #405,
               Wheaton, IL 60187-5442
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
12291330     +American Express,    American Express Tower C,    200 Vesey Street,    New York, NY 10285-0002
12523309      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12351776      Bank Of America, NA,    4060 Oglestown Staton Road,    DE5-019-03-07,    Newark, DE 19713-3102
12291331      Best Block Company,    % Jeff May, General Manager,    140N 5870 Lilly Road,    Waukesha, WI 53213
12351777     +CBSD/Homedeopt,    P O Box 6497,    Sioux Falls, SD 57117-6497
12500257     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12291333     +Chase Bank, N.A.,    Bank One CArd Service,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12291334      Commerce Bank Visa,    P. O. Box 806000,    Kansas City, MO 64180-1687
12351774     +Dan Wolf,    1316 Auburn Ave,    Naperville, IL 60565-2926
12291336     +Eva W. Tameling,    Tameling & Associates,    1010 Jorie Blvd., Suite 337,
               Oak Brook, IL 60523-3056
12291337      Express,    P. O. Box 659728,    San Antonio, TX 78265-9728
12351775    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    Centralized Insolvency Operations,
               P O Box 21126,    Philadelphia, PA 19114)
12291338     +JP Morgan Chase Bank, N.A.,    % Kropik, Papuga & Shaw,    120 S. LaSalle Street,,
               Chicago, IL 60603-3403
12291329      Janet Watson,    330 S Naperville Road Suite 405,    Wheaton, IL 60187-5442
12291339     +Law Offices Of William J. Stogsdill,    1776 S. Naperville Road,    Bldg. B, Suite 202,
               Wheaton, IL 60189-5833
12291340      NCO Financial,    P. O. Box 15760, Dept. 07,    Wilmington, DE 19850-5760
12291342     +Stacy Wolf,    19 Foxcroft Drive #135,    Naperville, IL 60565-2041
12291343     +Stacy Wolf,    19 Foxcroft Drive, Apt. 135,    Naperville, IL 60565-2041
12632993     +Tameling & Associates, P.C.,    Eva W. Tameling,    Tameling & Associates, P.C.,
               1010 Jorie Blvd. Suite 337,    Oak Brook, IL 60523-3056
12291344     +Washington Mutual Bank,    %Heavner, Scott, Beyers & Mihlar,    111 E. Main Street, Suite 200,
               Decatur, IL 62523-1339
12291345     +Washington Mutual Visa,    P. O. Box 9180,    Pleasanton, CA 94566-9180
12291328     +Wolf Michael,    1005 Gamon Road,    Wheaton, IL 60189-6445
The following entities were served by electronic transmission on Apr 02, 2009.
12895019     +E-mail/PDF: rmscedi@recoverycorp.com Apr 02 2009 06:35:42     Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12291332      E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2009 06:33:51     Care Credit/GE Money Bank,
               P. O. Box 981127,    El Paso, TX 79998-1127
12291335      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 02 2009 06:39:54     Discover Card,
               P. O. Box 15156,    Wilmington, DE 19850-5156
12593882      E-mail/Text: resurgentbknotifications@resurgent.com                             LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12351778     +E-mail/Text: resurgentbknotifications@resurgent.com                             LVNV Funding, LLC,
               P O Box 10584,    Greenville, SC 29603-0584
12895020      E-mail/PDF: rmscedi@recoverycorp.com Apr 02 2009 06:36:27
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12531523     +E-mail/PDF: rmscedi@recoverycorp.com Apr 02 2009 06:35:28
               Recovery Management Systems Corporation,    For GE Money Bank,    dba CARE CREDIT/GEMB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12535145     +E-mail/PDF: rmscedi@recoverycorp.com Apr 02 2009 06:35:30
               Recovery Management Systems Corporation,    For Capital Recovery II,
               As Assignee of WASHINGTON MUTUAL BANK,    25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
12291341     +E-mail/Text: resurgentbknotifications@resurgent.com
               Resurgent Capital Service,    P. O. Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Apr 01, 2009
Case: 08-14147                Form ID: pdf002          Total Served: 34

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2009**            **Signature:**     _Joseph Speetjens_